1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| DESIRE, LLC, a California limited liability company, | Case No.: CV16-3846-JAK (AS) |
|---|---|
| | *Hon. John A. Kronstadt Presiding* |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| vs. | **JS-6** |
| LOUISE PARIS, LTD., a New York Corporation; NATIONAL STORES, INC., a California Corporation; RUE21, INC., a Delaware Corporation; and DOES 1 through 10, | |
| Defendants. | |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: January 17, 2017    By: _____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE